1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case: CV 20-2637-GW-SKx |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| **Blackjack Clothing, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Brian Whitaker shall have JUDGMENT in his favor and against defendant Blackjack Clothing, Inc. for $3,251.25 in attorney's fees and $430.00 costs.

Additionally, defendant Blackjack Clothing, Inc., is ordered to provide wheelchair accessible sales counter and wheelchair accessible paths of travel inside the Bliss store located at 7420 Melrose Avenue, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: October 22, 2020    By: _George H. Wu_____
                           HON. GEORGE H. WU, United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff